**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7466**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARCELO MORIZ-HENRIQUEZ,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CR-93-92-A, CA-95-401-AM)

---

Submitted: January 11, 1996      Decided: January 24, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marcelo Moriz-Henriquez, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his post-judgment motion for enlargement of time to file additional pleadings in his 28 U.S.C. § 2255 (1988) action. We have reviewed the record and the district court's opinion and find no reversible error. The motion, which essentially sought reconsideration under Fed. R. Civ. P. 60(b), presented no exceptional circumstances warranting relief. See Dowell v. State Fire & Cas. Auto Ins. Co., 993 F.2d 46, 48 (4th Cir. 1993). Accordingly, we affirm on the reasoning of the district court. United States v. Moriz-Henriquez, Nos. CR-93-92-A; CA-95-401-AM (E.D. Va. Aug. 25, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED